# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-379-721**

**Effective Date of Registration:**
January 19, 2024
**Registration Decision Date:**
January 22, 2024

---

## Title

        **Title of Work:**   Heatless Curl Photograph

## Completion/Publication

     **Year of Completion:**   2021
   **Date of 1st Publication:**   November 30, 2021
 **Nation of 1st Publication:**   United States

## Author

-              **Author:**   Kitsch LLC
       **Author Created:**   photograph
    **Work made for hire:**   Yes
            **Citizen of:**   United States

## Copyright Claimant

    **Copyright Claimant:**   Kitsch LLC
                                       5301 Rosewood Avenuee, Los Angeles, CA, 90004, United States

## Certification

                 **Name:**   Rebecca Cantor
                   **Date:**   January 19, 2024
**Applicant's Tracking Number:**   KITS0100A

---

       **Correspondence:**   Yes
 **Copyright Office notes:**   Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.